# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**LARRY GEORGE,**

        Petitioner,

     V.                          CASE NUMBER: **05-C-699**

**JUDY SMITH, Warden**,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Larry George's petition pursuant to Title 28, United States Code, Section 2254, challenging the state's parole procedures, is not cognizable as a habeas petition and is DENIED. This action is hereby DISMISSED.**

   **November 17, 2005**                                  **SOFRON B. NEDILSKY**
Date                                                                 Clerk

                                                                     s/ Linda M. Zik
                                                                     (By) Deputy Clerk